UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY A. BRAY<br><br>    Plaintiff,<br><br> v.<br><br>BLUE CROSS OF ALASKA PEDIATRIC MEDICAL INSURANCE, et al..<br><br>    Defendants. | CASE NO. **2:25-cv-01127-JNW**<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS, DKT. 1** |

The Court **GRANTS** the application to proceed in forma pauperis (Dkts. 4) under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

DATED this 30th day of June, 2025.

              _____
              BRIAN A. TSUCHIDA
              United States Magistrate Judge